## TERRY RICHARDSON *v.* COMMISSIONER OF CORRECTION
## (AC 23126)

Foti, Bishop and Dupont, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The judgment is affirmed.

## THEODORE LENCZYK *v.* VINCENT SABATINI
## (AC 23156)

Foti, Bishop and Dupont, Js.

Submitted on briefs March 21—officially released April 15, 2003

Per Curiam. The judgment is affirmed.

## ANTHONY DENNISTON *v.* DOROTHY TONUCCI
## (AC 23207)

Schaller, West and Hennessy, Js.

Submitted on briefs March 21—officially released April 15, 2003

Per Curiam. The judgment is affirmed.